UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:                                          :
                                                :    Chapter 11
                                                :
NORTHWESTERN CORPORATION,                       :
                                                :    Case No. 03-12872 (JLP)
         Reorganized Debtor.                    :


### NOTICE OF CROSS-APPEAL OF RICHARD R. HYLLAND

NOTICE is hereby given, pursuant to Federal Rules of Bankruptcy Procedure 8001 and 8002(a), that Richard R. Hylland hereby appeals from the Order of the Court entered on May 5, 2005 (Docket No. 3050) entitled *Order With Respect to Arbitration of Richard Hylland's Claims Against NorthWestern Corporation* (the "Order").

The parties to the Order and the names and addresses of their respective attorneys are:

**Richard R. Hylland: Cross-Appellant**

Attorneys:   John D. Demmy (Del. I. D. No. 2802)
             STEVENS & LEE, P. C.
             1105 North Market Street, 7th Floor
             Wilmington, DE 19801
             Telephone: (302) 425-3308
             Telecopier: (610) 371-8515

             -and-

             Barbara J. D'Aquila, Esq.
             Cynthia A. Bremer, Esq.
             Patrick R. Martin, Esq.
             FLYNN GASKINS & BENNETT, L.L.P.
             333 South 7th Street, Suite 2900
             Minneapolis, MN 55402
             Telephone: (612) 333-9500
             Telecopier: (612) 333-9579

SL1 542708v1/00000.000

**NorthWestern Corporation: Cross-Appellee**

Attorneys:  Scott D. Cousins, Esq.
William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
Telephone: (302) 651-7000
Telecopier: (302)

-and-

Jesse Austin, Esq.
Karol K. Denniston, Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Road, N.E.
Atlanta, GA 30308
Telephone: (404)
Telecopier: (404)

Dated: May 23, 2005

Respectfully submitted

STEVENS & LEE, P.C.

/s/ *John D. Demmy*

John D. Demmy (Del. I. D. No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
E-mail: jdd@stevenslee.com

*Counsel for Richard R. Hylland*

SL1 542708v1/00000.000