UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

### ORDER WITH RESPECT TO ARBITRATION OF RICHARD HYLLAND'S CLAIMS AGAINST NORTHWESTERN CORPORATION

For the reasons set forth in the Court's Memorandum Opinion of this date, it is

**ORDERED**, that the Motion to Terminate Richard Hylland's benefits [Docket No. 2598], Hylland's objection thereto [Docket No. 2598], and Hylland's cross-motion [Docket No. 2937], are hereby **TRANSFERRED** to the pending arbitration proceeding for resolution of all issues.

Dated: May 5, 2005

Honorable John L. Peterson
United States Bankruptcy Judge