# DAVIS POLK & WARDWELL

| | | |
|---|---|---|
| 1300 I STREET, N.W.<br>WASHINGTON, D.C. 20005 | 450 LEXINGTON AVENUE<br>NEW YORK, N.Y. 10017 | MESSETURM<br>60308 FRANKFURT AM MAIN |
| 1600 EL CAMINO REAL<br>MENLO PARK, CA 94025 | 212 450 4000<br>FAX 212 450 3800 | MARQUÉS DE LA ENSENADA, 2<br>28004 MADRID |
| 99 GRESHAM STREET<br>LONDON EC2V 7NG | WRITER'S DIRECT | 1-6-1 ROPPONGI<br>MINATO-KU, TOKYO 106-6033 |
| 15, AVENUE MATIGNON<br>75008 PARIS | 212 450 4965 | 3A CHATER ROAD<br>HONG KONG |

October 28, 2005

Re:   In re Northwestern Corporation

The Honorable Joseph J. Farnan, Jr.
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Dear Judge Farnan:

    We are counsel to Paul, Hastings, Janofsky & Walker LLP. We have no objection to the appointment of Louis C. Bechtle as Special Discovery Master for the same reasons set forth in the October 26, 2005 letter to this Court from Mr. Joseph D. Pizzurro, counsel for Northwestern Corporation.

                                  Respectfully submitted,

                                  D. Scott Tucker

The Honorable Joseph J. Farnan, Jr.  2                    October 28, 2005

cc:  Clerk of Court
     Bonnie Steingart, Esq.
     Gary L. Kaplan, Esq.
     David A. Jenkins, Esq.
     William E. Chipman, Jr., Esq.
     Kathleen M. Miller, Esq.
     Bijan Amini, Esq.
     Neil B. Glassman, Esq.
     Charlene D. Davis, Esq.
     Adam G. Landis, Esq.
     Robert J. Dehney, Esq.
     Curtis S. Miller, Esq.
     David L. Finger, Esq.
     Jesse H. Austin, III, Esq.
     Karol K. Denniston, Esq.
     Amanda Darwin, Esq.
     John V. Snellings, Esq.
     Alan W. Kornberg, Esq.
     Margaret A. Phillips, Esq.
     Stanley T. Kaleczyc, Esq.
     Denise Seastone Kraft, Esq.
     Office of the United States Trustee