IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| NORTHWESTERN CORPORATION, | ) | Case No. 03-12872 (JLP) |
| Reorganized Debtor. | ) | |
| NORTHWESTERN CORPORATION, | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 05-00397-JJF |
| RICHARD R. HYLLAND, | ) | |
| Appellee. | ) | |
| RICHARD R. HYLLAND, | ) | |
| Appellant, | ) | |
| v. | ) | Civil Action No. 05-00401-JJF |
| NORTHWESTERN CORPORATION, | ) | |
| Appellee. | ) | |

### STIPULATION OF DISMISSAL

NorthWestern Corporation, ("NorthWestern") and Richard R. Hylland ("Hylland"), hereby stipulate and agree, by and through their respective attorneys, that the above-captioned actions be and hereby are dismissed with prejudice without costs or attorneys' fees to either party.

[Signatures on Next Page]

Dated: December 15, 2005

*[signature]*

GREENBERG TRAURIG, LLP
Victoria Watson Counihan (No. 3488)
William E. Chipman, Jr. (No. 3818)
Dennis A. Meloro (No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

-and-

PAUL, HASTINGS, JANOFSKY & WALKER LLP
Jesse H. Austin, III
Karol K. Denniston
600 Peachtree Street, Suite 2400
Atlanta, GA 30308
(404) 815-2400

Attorneys for NorthWestern Corporation

Dated: December 16, 2005

*[signature]*

STEVENS & LEE, P.C.
John D. Demmy (No.
1105 North Market Street, 7th Floor
Wilmington, DE 19801
(302) 654-5180

Attorneys for Richard R. Hylland